

# MANDATE

## The Fifteenth Court of Appeals

THE STATE OF TEXAS

TO THE 407TH JUDICIAL DISTRICT COURT OF BEXAR COUNTY, GREETINGS:

On October 9, 2025, the Court of Appeals for the Fifteenth District of Texas considered the appeal in the following case:

State of Texas v. City of San Antonio, Gina Ortiz Jones, in her official capacity as Mayor of the City of San Antonio, and Erik Walsh, in his official capacity as City Manager of the City of San Antonio

Court of Appeals No. 15-25-00093-CV
Trial Court No. 2025CI07833

The Court of Appeals entered the following judgment or order:

Today the court heard appellees' unopposed motion to dismiss the appeal from the order signed by the court below on May 16, 2025. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof annexed, at the City of Austin, Texas, this October 8, 2025.

**CHRISTOPHER A. PRINE, CLERK**